NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON JENKINS, DOC #S05703,      )
                                 )
        Appellant,               )
                                 )
v.                               )      Case No. 2D19-470
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____ )

Opinion filed November 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County, Donald H. Mason, Judge.

PER CURIAM.

        Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.